UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM E. COSDEN,<br><br>            Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>            Respondent. | CASE NO. C14-5739BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court denies Petitioner's application to proceed in forma pauperis as moot because Petitioner has paid the filing fee. This petition is re-referred to Judge Creatura..

Dated this 20th day of October, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER