1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9  WILLIAM E COSDEN,

CASE NO. C14-5739 BHS-JRC

10                    Petitioner,

ORDER

11        v.

12  STATE OF WASHINGTON,

13                    Respondent.

14        The District Court has referred this petition for a writ of habeas corpus to United States

15  Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

16  636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief

17  from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

18        Petitioner asks the Court to change the case caption to reflect that Jeff Uttecht is

19  respondent (Dkt. 15).  The Court grants the motion.  The Clerk's Office is directed to change the

20  case caption to reflect that Jeff Uttecht is respondent in this matter.

21        Dated this 12th day of November, 2014.

22

23  J. Richard Creatura
    United States Magistrate Judge

24