UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM E COSDEN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY UTTECHT,<br><br>　　　　　　　Respondent. | CASE NO. C14-5739 BHS-JRC<br><br>ORDER |

　　　The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

　　　Respondent asks the Court for additional time an answer (Dkt. 27). Counsel for respondent explains that she has ordered files from the state court that are needed to file a response, but that she has not yet received all the files (*id*.).

1  Respondent has shown good cause for an extension of time and the motion is granted.
2  Respondent will have until June 5, 2015, to file an answer or other responsive pleading.
3  Dated this 29th day of April, 2015.

4
5  J. Richard Creatura
6  United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24