UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM E. COSDEN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY UTTECHT,<br><br>　　　　　Respondent. | CASE NO. 3:14-CV-05739-BHS-JRC<br><br>ORDER GRANTING EXTENSION OF TIME |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

Respondent asks for a second extension until June 19, 2015 to file an answer to petitioner's amended habeas corpus petition (Dkt. 29). Counsel for respondent explains that he had an unusually high number of deadlines recently and has not had sufficient time to review the record and adequately respond to the issues raised by the petitioner (*id*.). In petitioner's motion to compel filed on June 12, 2015, he alleges that another extension may be prejudicial if he is not

1  allowed time to review the case files (Dkt. 30). Petitioner's time to review the files begins when

2  respondent files an answer; therefore, petitioner will not be prejudiced.

3      Respondent shows good cause for the extension of time. The motion is granted and the

4  answer filed on June 19, 2015 (Dkt. 31) will be considered timely.

    Dated this 23nd day of June, 2015.

                                  */s/ J. Richard Creatura*

                                  J. Richard Creatura
                                  United States Magistrate Judge