UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM E COSDEN,

          Petitioner,

v.

JEFFREY UTTECHT,

          Respondent.

CASE NO. 3:14-CV-05739-BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's habeas petition (Dkt. 23) is **DISMISSED as moot.**

(3) Petitioner's motion to compel (Dkt. 30) is **DENIED as moot**.

(4) The Clerk is directed to close this case.

**DATED** this 31st day of July, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION